IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20861
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MICHAEL BRETT WALKER,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-92-CR-19-ALL
- - - - - - - - - - -
September 3, 1998
Before KING, BARKSDALE and STEWART, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Michael Brett Walker has filed a

brief as required by *Anders v. California*, 386 U.S. 738 (1967),

and Walker has filed a response to that brief.  Our independent

review of the brief, Walker's response, and the record discloses

no nonfrivolous issue.  Accordingly, counsel is excused from

further responsibilities herein and the APPEAL IS DISMISSED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.